# United States District Court

## for

## District of New Jersey

## Report on Offender Under Supervision

Name of Offender: Emmanuel Galaris

Cr.: 17-00053-001
PACTS #: 790

Name of Sentencing Judicial Officer:   THE HONORABLE  JOSEPH M. HOOD, EDKY
SENIOR UNITED STATES DISTRICT JUDGE

Name of New Judicial Officer:      THE HONORABLE SUSAN D. WIGENTON, DNJ
UNITED STATES DISTRICT JUDGE

Date of Original Sentence:     10/17/2011
Date of Amended Sentence:   06/02/2014

Original Offense: Conspiracy to Receive, Possess, Conceal, Store, Barter, Sell, and Dispose of Stolen Cigarettes

Original Sentence: 46 months imprisonment, 36 months supervised release
Amended Sentence: 6 months imprisonment; 36 months supervised release

Special Conditions: Full Financial Disclosure, No New Credit, Search/Seizure, Location Monitoring Program, and Restitution in the amount of $203,117.00.

Type of Supervision: Supervised Release       Date Supervision Commenced: 03/30/2015

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1 | The offender was ordered to make restitution in the amount of $203,117.00. The offender entered into an agreement to pay $50 per month. |
| | The offender has been making monthly payments of $50.00 per month in addition to having his federal income tax garnished.  The offender has paid $5,342.00 towards restitution and the outstanding balance is $197,775. |

U.S. Probation Officer Action:

The probation office has monitored the offender's ability to pay restitution and have determined he has made a sincere effort to meet his obligations. The United States Attorney's Office – Financial Litigation Unit (FLU) in the Eastern District of Kentucky is aware of the offender's expiration from supervised release. They will continue to monitor the collection of restitution upon the expiration of supervised release. Therefore, the probation office recommends the supervision term be allowed to expire as scheduled since the order remains imposed as a final judgment, pursuant to Title 18, United States Code, Sections 3554 & 3613.

Respectfully submitted,

*Patrick Hattersley*

By: Patrick Hattersley
Senior U.S. Probation Officer
Date: 02/07/2018

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[X] Supervision term be allowed to expire as scheduled

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

_____
Feb 9 2018
Date